# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:07CR305 |
| vs. | ) | ORDER |
| FERNANDO RAYMUNDO, | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of defendant Fernando Raymundo (Raymundo) to review detention (Filing No. 20). An evidentiary hearing was held on the motion on October 19, 2007. Raymundo was present with his retained counsel, James Beckman. No evidence was presented and Raymundo was provided additional time in which to submit citation of legal authorities regarding release as noted in his motion. Raymundo filed a brief in this matter on October 22, 2007 (Filing No. 24).

Raymundo is charged with using a false identity to obtain employment in the United States while being in the United States illegally. Raymundo was previously detained as a flight risk at his initial appearance (Filing No. 9). Raymundo declined to be interviewed by Pretrial Services and little is known of Raymundo apart from the ICE detainer and two prior arrests, one for driving under suspension and the other for assault involving domestic violence. No evidence was presented that a responsible U.S. citizen would serve as a third party custodian and provide for Raymundo pending the disposition of these charges. While Raymundo may not want to flee the United States, he is facing a mandatory sentence of imprisonment in this case. He has shown an ability to assume another person's identity. He would have the ability to abscond from the immediate area and take up an assumed lifestyle with his family at another location in the United States.

Under, the circumstances, the court retains the finding that Raymundo is a flight risk and there are no conditions of release shown which would reasonably assure his presence for further proceedings in this case.

**IT IS ORDERED:**

Raymundo's motion for release (Filing No. 20) is denied.

DATED this 9th day of November, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge