IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | 8:07CR305 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| FERNANDO RAYMUNDO, | ) | ORDER FOR ISSUANCE OF |
| | ) | BENCH WARRANT |
| Defendant. | ) | |

This matter came on the motion of the plaintiff, United States of America, by Assistant United States Attorney Michael P. Norris, for issuance of a Bench Warrant for Fernando Raymundo. The motion is granted.

It is hereby ordered that the Clerk of this Court is hereby authorized and directed to issue a Bench Warrant for the apprehension of Fernando Raymundo, commanding the arresting officer to bring him before the Court forthwith.

BY THE COURT:


s/ Joseph F. Bataillon
United States District Court Judge


DATED this 2nd day of September, 2008.