IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:07CR305 |
| v. | |
| FERNANDO RAYMUNDO, | ORDER |
| Defendant. | |

This matter is before the Court on the government's Motion for Dismissal (Filing No. 60) pursuant to Federal Rule of Criminal Procedure 48(a). The government requests leave to dismiss, without prejudice, the Indictment (Filing No. 1) against Fernando Raymundo. The Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1. The government's Motion for Dismissal (Filing No. 60) is granted.
2. The Indictment (Filing No. 1) is dismissed without prejudice as to defendant Fernando Raymundo only.

Dated this 18th day of February 2021.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge